**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00108-CV**

_____

**DENNIS HOCKABOUT AND TRACI HOCKABOUT, Appellants**

**V.**

**PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 23-04-05066-CV**

**MEMORANDUM OPINION**

Dennis Hockabout and Traci Hockabout, Appellants, filed an unopposed motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellants filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on May 8, 2024
Opinion Delivered May 9, 2024

Before Golemon, C.J., Horton and Wright, JJ.